**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **LD PRODUCTS, INC.** a California corporation,<br><br>Plaintiff,<br><br>**vs.**<br><br>**SIMON MOYENZADEH,** an individual**, DALIO, INC.,** a California corporation**, dba COMPUTER BROS.,** and **DOES 1-10,**<br><br>Defendants. | Case No. 09-00902 JFW (Ex)<br><br>**ORDER DISMISSING ACTION** |

## ORDER

Having reviewed the Parties' Stipulation to Dismiss, and good cause appearing, it is hereby ORDERED that the above-captioned action is dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: <u>July 14, 2009</u>

_____
The Hon. John F. Walter
UNITED STATES DISTRICT JUDGE